UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALBERT MAJORS IV,                                    Docket No.: 10-CV-4730
                                                                    (BMC)
                 Plaintiff,

                                                     **NOTICE OF MOTION**
        -against-

CITY OF NEW YORK, ROBERT PUMILIA
SHIELD NO. 10574, BRIAN RODER, SHIELD
NO. 27358, and JOHN and JANE DOE 1 through 10,
individually and in their official capacities, (the
names John and Jane Doe being fictitious, as the true
names are presently unknown),

                 Defendants.
-------------------------------------------------------------------X


        **PLEASE TAKE NOTICE,** that, upon the annexed Declaration of Leo Dorfman, and the

exhibits annexed thereto; Defendants' Statement of Undisputed Material Facts Pursuant to Local

Rule 56.1, the accompanying Memorandum of Law in Support of Defendants' Motion for

Summary Judgment; and upon all pleadings and proceedings heretofore had herein, defendants

will move this Court before the Honorable Brian M. Cogan at the United States District Court for

the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York

11201, at a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P.

56, granting summary judgment to defendants, together with such other and further relief as this

Court deems just, equitable and proper.

        **PLEASE TAKE FURTHER NOTICE,** that answering papers shall be filed on or

before March 9, 2011.

**PLEASE TAKE FURTHER NOTICE,** that reply papers shall be filed on or before

March 16, 2010.


Dated:        Westbury, New York
              February 23, 2011

                                    SOKOLOFF STERN LLP
                                    Attorneys for Defendants

                          By:       _Leo Dorfman_____
                                    Leo Dorfman
                                    355 Post Avenue, Suite 201
                                    Westbury, New York 11590
                                    (516) 334-4500
                                    Our File No.: 100094

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of the
                                    City of New York
                                    Attorney for Defendants
                                    100 Church Street, Room 3-221
                                    New York, New York 10007
                                    (212) 788-1096

                          By:
                                    /s/_____
                                    Sumit Sud
                                    Assistant Corporation Counsel
                                    Special Federal Litigation Division



To:    AFSAAN SALEEM, ESQ.
       Harvis & Saleem LLP
       Attorneys for Plaintiff
       305 Broadway, 14th Floor
       New York, NY 10007