UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALBERT MAJORS IV,

      Plaintiff,

-against-

CITY OF NEW YORK, ROBERT PUMILIA SHIELD NO. 10574, BRIAN RODER, SHIELD NO. 27358, and JOHN and JANE DOE 1 through 10, individually and in their official capacities, (the names John and Jane Doe being fictitious, as the true names are presently unknown),

      Defendants.
------------------------------------------------------------------X

Docket No.: 10-CV-4730
          (BMC)

**ATTORNEY DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

      **LEO DORFMAN**, an attorney duly admitted to practice law in the Courts of the State of New York, hereby affirms, under penalty of perjury, the following:

      1.      I am an associate with the law firm of SOKOLOFF STERN LLP, attorneys for the defendants in the above-captioned action. I submit this declaration in connection with defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56.

      2.      The annexed exhibits are relevant to the defendant's motion for summary judgment. Each exhibit is a true and accurate copy of what it purports to be, as follows:

      3.      Annexed hereto as Exhibit A is a copy of plaintiff's Amended Complaint.

      4.      Annexed hereto as Exhibit B is a copy of defendants' City of New York and Robert Pumilia's Answer to the Amended Complaint.

      5.      Annexed hereto as Exhibit C is a copy of defendant Brian Roder's Answer to the Amended Complaint.

      6.      Annexed hereto as Exhibit D is a copy relevant excerpts from the transcript of the deposition of plaintiff, taken January 27, 2011.

7. Annexed hereto as Exhibit E is a copy of a New York City Police Department "Sprint Report" for a call to 284 Sutter Ave. on June 19, 2010.

8. Annexed hereto as Exhibit F is a copy of a Desk Appearance Ticket issued to plaintiff on June 19, 2010, as produced to defendants by plaintiff.

Dated: Westbury, New York
February 23, 2011

*Leo Dorfman* (signature)
Leo Dorfman
SOKOLOFF STERN LLP
355 Post Avenue, Suite 201
Westbury, New York 11590
(516) 334-4500
Our File No. 100094