AO 133     (Rev. 8/06)  Bill of Costs

# UNITED STATES DISTRICT COURT

Eastern   District of   New York

ALBERT MAJORS IV,

V.

THE CITY OF NEW YORK, ET AL.,

## BILL OF COSTS

Case Number:  10 CV 4730 (BMC)

Judgment having been entered in the above entitled action on   6/22/2011   against   ALBERT MAJORS IV   ,

the Clerk is requested to tax the following as costs:
Date

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2,545.74 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 69.44 |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,637.15 |
| TOTAL   $ | 5,272.33 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

❑     Electronic service by e-mail as set forth below and/or.

❑     Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney:  Sumit Sud, Assistant Corporation Counsel

For:  The City of New York _____     Date:  July 30 2011

Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____     By: _____     _____
Clerk of Court                                   Deputy Clerk                                   Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

ALBERT MAJORS IV,

                  Plaintiff(s),

        -against-

CITY OF NEW YORK, ROBERT PUMILIA SHIELD NO.
10574, BRIAN RODER, SHIELD NO. 27358, and JOHN
and JANE DOE 2 through 10, individually and in their
official capacities (the names John and Jane Doe being
fictitious, as the true names are presently unknown),

                  Defendant(s).

------------------------------------------------------------------ X

10 CV 4730 (BMC)

**NOTICE OF APPLICATION
FOR COSTS**

      **PLEASE TAKE NOTICE** that, upon defendants' bill of costs, the declaration of

**SUMIT SUD**, Assistant Corporation Counsel , dated July 20, 2011 and exhibit annexed thereto, and all

other pleadings and proceedings herein, defendants will move this Court before the Judgment Clerk, at

the United States Courthouse, for the Eastern District of New York, located at Cadman Plaza East

Brooklyn, NY 10 a.m. on August 3, 2011, or as soon thereafter as counsel may be heard for an order

pursuant to Rule 54 of the Federal Rules of Civil Procedure and 28 U.S.C. 1921 granting fees and costs

sought by defendants and granting such relief as to this Court deems proper.

Dated:      New York, New York
             July 20, 2011

                                **MICHAEL A. CARDOZO**
                                  Corporation Counsel of the City of New York
                                  Attorney for Defendant
                                  100 Church Street New York, NY 10007
                                  (212) 788-1096

                            By: SUMIT SUD
                                ASSISTANT CORPORATION COUNSEL

To: AFSAAN SALEEM, ESQ.
    Attorney for plaintiff
    HARVIS and SALEEM, LLP
    305 BROADWAY, 14th FLOOR
    NEW YORK, NY 10007

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

    I, Valery Dekhman, being duly sworn, deposes and says that on July 20, 2011, I served copies of the  Bill of Costs; Notice of Application for Costs Sought Against Plaintiff; the Judgment; Declaration of Sumit Sud in Support of Defendants' Motion for Costs pursuant to Fed. R. Civ. P. 54, 7 Invoices; 5 Transcripts upon AFSAAN SALEEM, ESQ., the attorney for the Plaintiff ALBERT MAJORS IV, by deposing copies of same, enclosed in a postpaid properly addressed envelope, in a post office box/official depository under exclusive care and custody of the United States Postal Service, located at 100 Church Street, New York, New York 10007, directed to said Attorney at HARVIS and SALEEM, LLP, 305 BROADWAY, 14th FLOOR, NEW YORK, NY 10007

 

                          VALERY DEKHMAN

 

Sworn to before me this

_2da_ day of July , 2011

    NOTARY PUBLIC

        **MICHAEL J. MAY**
    Notary Public, State of New York
        No. 24-4994296
     Qualified in Kings County
 Commission Expires March 30, 2014

AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 2 2 2011 ★

BROOKLYN OFFICE

| | | |
|---|---|---|
| ALBERT MAJORS, IV | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  10 Civ 4730 (BMC) |
| POLICE OFFICER ROBERT PUMILIA | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one):*

☑ tried by a jury with Judge  BRIAN M. COGAN _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for

Date: _____06/22/2011_____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ALBERT MAJORS IV,

Plaintiff,

-against-

CITY OF NEW YORK, ROBERT PUMILIA SHIELD
NO. 10574, BRIAN RODER, SHIELD NO. 27358, and
JOHN and JANE DOE 2 through 10, individually and in
their official capacities (the names John and Jane Doe
being fictitious, as the true names are presently unknown),

Defendants.

------------------------------------------------------------------------ x

**DECLARATION OF SUMIT
SUD IN SUPPORT OF
DEFENDANTS' MOTION
FOR COSTS PURSUANT TO
FED. R. CIV. P. 54**

10 CV 4730 (BMC)

     **SUMIT SUD** declares pursuant to 28 U.S.C. § 1746, under penalty of perjury,

that the following is true and correct:

     1.     I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the

City of New York, attorney for defendants City of New York, Police Officer Robert Pumilia and

Police Officer Brian Roder.  As such I am familiar with the facts set forth below.

     2.     This declaration is submitted in support of defendants' motion for costs pursuant

to FED. R. CIV. P. 54, Local Rule 54.1 and 28 U.S.C. §§ 1821, 1920, 1923 and 1924.

     3.     On October 15, 2010, plaintiff filed the instant action pursuant to 42 U.S.C. §

1983 alleging, inter alia, federal claims of false arrest, and failure to intervene against Police

Officer Robert Pumilia and Police Officer Brian Roder. In addition, plaintiff alleged a claim of

municipal liability against the City of New York, pursuant to Monell v. City of N.Y. Dep't of

Social Servs., 436 U.S. 658 (1978).

     4.     During discovery, defendants incurred costs totaling $2,028.25 as follows:

$957.25 to take the deposition of plaintiff Albert Majors on January 27, 2011 and $1,071.00 for

the deposition of Robert Pumilia on January 31, 2011.  A copy of the related invoices is annexed as Exhibit "A."

5.    The transcript of the depositions of plaintiff Albert Majors and Robert Pumilia, were used at trial and are therefore taxable pursuant to Local Rule 54.1(c)(2).

6.    During plaintiff's deposition, which was conducted on January 27, 2011, plaintiff stated that he was not seeking any lost wages and/or income damages as a result of the incident which was the subject of his lawsuit. (See Deposition of Albert Majors, January 27, 2011, 36:1-12, annexed hereto as Exhibit "B").

7.    Despite plaintiff's own sworn testimony, plaintiff's counsel thereafter asserted a claim for lost wages.  (See Transcript of Status Conference, February 2, 2011, 31:13-19, annexed hereto as Exhibit "C").

8.    Discovery was then re-opened to allow defendants the opportunity to conduct the deposition of a representative of the Federation of Multicultural Programs (hereinafter, "FMCP"), plaintiff's former employer. (See Id. 35:6-8).

9.    On February 3, 2007, plaintiff's counsel identified Richard Swinson as a representative of FMCP. Defendants attempted to depose Mr. Swinson on March 18, 2011 pursuant to subpoena. Mr. Swinson failed to appear. Thereafter, plaintiff's counsel identified another representative of the FMCP,  Valerie Zimmerman.

10.    Ms. Zimmerman was deposed on April 14, 2011 pursuant to subpoena. Defendants incurred costs totaling $530.90 in connection with this deposition. (See Copy of Invoice, annexed as Exhibit "D").

11.    The transcript of the deposition of Ms. Zimmerman, was used at trial and is therefore taxable pursuant to Local Rule 54.1(c)(2).

12.     Plaintiff's counsel then identified a third representative of FMCP, Beatrice Gonzalez on April 15, 2011, in plaintiff's witness list in the Joint Pre-Trial Order.

13.     On April 22, 2011, defendants moved to preclude Valerie Zimmerman from testifying at trial, based on her lack of personnel knowledge and on hearsay grounds. The Court granted such motion. (See Transcript of Oral Argument, April 22, 2011, 50-51:20-5, annexed hereto as Exhibit "E").

14.     Further, on April 22, 2011, defendants were granted leave to conduct the deposition of Beatrice Gonzalez. (Id.).

15.     Defendants attempted to depose Beatrice Gonzalez on June 9, 2011 pursuant to subpoena. Mr. Gonzalez failed to appear. Defendants incurred costs totaling $78.00 in connection with our efforts to depose Ms. Gonzalez. (Copy of Invoice annexed as Exhibit "F").

16.     On June 16, 2011, a Court conference was held so that Ms. Gonzalez could show cause as to why she did not appear for her June 9, 2011 deposition. The Court found Beatrice Gonzalez to be in civil contempt and precluded her from testifying at trial. The Court, however, reserved on the question of whether Valarie Zimmerman would be able to testify at trial. (See, Transcript Of Order to Show Cause, June 16, 2011, 22:9-11, annexed hereto as Exhibit "G".)

17.     On June 20, 2011, a jury trial commenced before the Honorable Brian M. Cogan, United States District Judge.

18.     After jury selection was completed, the Court allowed Valarie Zimmerman to testify on the condition that a proper foundation could be laid by plaintiff. In response, plaintiff voluntarily withdrew his lost wages claim. (See Trial Transcript, June 20, 2011 6:3-4, annexed hereto as Exhibit "H").

19.     The costs associated with plaintiff's lost wages claim, were necessary to defend against plaintiff's claim at trial prior to their dismissal and are therefore taxable pursuant to Local Rule 54.1(c)(2).

20.     During the trial of this action, defendants incurred additional costs totaling $2545.74 as follows: (1) $76.38 for a transcript of the May 26, 2011 final pretrial conference; and (2) $2,469.36 for the transcript of the trial proceedings.  Copies of the related invoices are annexed hereto as Exhibit "I."

21.     These transcripts were used during the trial to assist with the   preparation of defendants' case, including preparing cross-examinations, defendants' closing argument, and defendants' motion pursuant to FED. R. CIV. P. 50(a) and Local Rule 54.1(c)(1).

22.     On June 22, 2011, the Court granted defendants' motion pursuant to FED. R. CIV. P. 50(a), in part, and dismissed all claims against defendant Police Officer Brian Roder. (See Trial Transcript, June 22, 2011, 221:88-18).

23.     On June 22, 2011, the jury returned a verdict in favor of the only remaining defendant, Police Officer Robert Pumilia, on all claims. (See Trial Transcript, June 22, 2011, 300, annexed as Exhibit "J"; see also, Judgment, dated June 22, 2011).

24.     Further, defendants are entitled to an additional $20.00 pursuant to 28 U.S.C. § 1923.

25.     In addition, defendants are entitled to  $69.44 in printing costs, pursuant to Fed. R. Civ. Pro. 50(a) and Local Rule 54.1.

26.     Thus, the total costs pursuant to Local Rule 54.1 incurred by defendants in the defense of this action total $5,272.33.

27.    The aforementioned costs are allowable by law, are correctly stated and were necessarily incurred pursuant to Local Rule 54.1.

Dated:      New York, New York
             July 20,  2011

                                    SUMIT SUD
                                    Assistant Corporation Counsel



**NO. 00182**

**LAW DEPARTMENT**
100 Church Street
New York, N.Y. 10007

(212) 788-

## INVOICE FOR SERVICES RENDERED BY
## THE LAW DEPARTMENT'S COPY CENTER

TO: _Arshan Saleem, Esq._

ADDRESS: _Harris & Saleem, LLP_
_305 Broadway, 14TH FL._
_NY, NY 10007_

ATTENTION: _~nn._

NAME OF CASE: _A. Majors, IV v. NYC._

NYCLIS NUMBER: _200-040957_

TYPE OF DOCUMENT: _motion_

As agreed, the Law Department has reproduced the following:

— No. of originals submitted   _217x2=434pp_

— No of copies made @ $0.15 each   _434pp x $0.15 = $65.10_

— Binding at $0.01 per page/per copy:   _434pp x $0.01 = $4.34_
Total pages bound:

— Total cost, copying and binding:   _$69.44_

**\* PLEASE MAKE YOUR CHECK PAYABLE TO:**

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
**100 CHURCH STREET**
**NEW YORK, NEW YORK 10007**
**ATTENTION: CASHIER'S OFFICE, ROOM 5-B-1**

Please remit a copy of this invoice with your check.

Attorney Name *(Please Print)*   _Seemit Sud_   Date: _July 30 2011_

Attorney Signature _____   Division: _S. Fed Litigation_

M321800                 CLIENT COPY

**APPROVED**
By Demetra Charidemou at 10:12 am, Jun 03, 2011

I certify that the articles and services specified on this invoice have been received and verified as to the quality and quantity.
Date:

HENRY R. SHAPIRO
Official Court Reporter
U.S. District Court
225 Cadman Plaza East
Brooklyn, New York 11201
718 613-2509    FAX 718-613-2106
TAX ID # 113142847

I N V O I C E

DATE: JUNE 1, 2011

TO: THE CITY OF NEW YORK.
LAW DEPARTMENT
.100 Church Street
New York, N. Y. 10007.

2010-040952

ATT: DEMETRA CHARIDEMOU (SF)
Assistant Corporation Counsel.

RE: MAJORS V CITY OF NEW YORK

BEFORE THE HON. BRIAN M. COGAN

VOUCHERED
DATE: 6/6/11

DATES TAKEN: May 26, 2011
16 Pages + 3 Word Index Pages

INV. AMT. PAID: $ 7638

19 pages @ $4.02 per page...........$76.38

V# 20110005998

INV. # 11-MAJORS

Total Amount Due: $76.38

SVS. PERIOD 5/26/11 TO 5/26/11

(Payment within 10 days. 1.5 late charge for payment past 30

AG 025  : B/C days.) DET. OBJ. 622C

EF. DOC. _____ /_____    RULE 1.7(b) FEES TO REPORTERS of the Local Rules of
the United States District Courts for the Eastern and Southern
Districts of New York:
     "Every attorney appearing in any proceeding who
orders a transcript of any trial or any other proceeding is
obligated to pay the cost thereof to the court reporter of the
court upon rendition of the invoice.."

                    Thank you.

HENRY SHAPIRO          OFFICIAL COURT REPORTER

0002922447

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

## INVOICE

NUMBER

| TO: | NYC OFFICE OF CORP. COUNSEL<br>100 Church Street, Room 3-221<br>New York, New York 10007<br>ATTN: Sumit Sud, Esq. | MAKE CHECK PAYABLE TO:<br>Lisa Schmid, CCR, RMR<br>225 Cadman Plaza East<br>Brooklyn, New York 11201 |
|---|---|---|
| PHONE: | (212) 788-1096 | PHONE:   (718) 613-2644 |
| FAX: | | |

☐ CRIMINAL    ☑ C

DATE DELIVERED
06/21/2011

IN THE MATTER OF (CASE NUMBER AND TITLE)
Albert Majors, V. City of New York, 10-cv-4730(BMC)

**APPROVED**
**By Sumit Sud at 3:12 pm, Jul 06, 2011**

|  | | | | | | | ADDITIONAL COPIES | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CATEGORY | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | TOTAL CHARGES |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 221 | 6.66 | 1,471.86 | | | 0.00 | | | 0.00 | 1,471.86 |
| Hourly | 125 | 7.98 | 997.50 | | | 0.00 | | | 0.00 | 997.50 |
| Realtime | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |

| For proceedings on (Date): | 06/20-22/2011 | TOTAL | 2,469.36 |
|---|---|---|---|
| email pdf<br>6/20/2011 and 6/22/2011 billed at daily rate<br>6/21/2011 billed at hourly rate<br>303 pages transcript, 43 pages word index. email pdf. | | LESS DISCOUNT FOR LATE DELIVERY | 0.00 |
| | | ADD AMOUNT OF DEPOSIT | |
| | | AMOUNT DUE (OR REFUND) | 2,469.36 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

DATE: 7/7/11

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

INV. AMT. PAID: $2,469.36

SIGNATURE OF OFFICIAL COURT REPORTER          DATE
Lisa Schmid         (Sumit Sud)          07/01/2011

2010 OUY 6612

DISTRIBUTION:         COURT REPORTER         COURT REPORTER SUPERVISOR

INV. #..............

SVS. PERIOD 6/20/11 TO 6/22/2011   2010-040952

AG. 025 : B/C 040  : DET. OBJ. Albert Majors v. City of New York

REF. DOC. ............/............/............



# Diamond Reporting, Inc.

16 Court Street • Suite 907 • Brooklyn, NY 11241
T: 718.624.7200 • F: 718.855.1772 • www.diamondreporting.com

NEW YORK CITY LAW DEPARTMENT
PIN # 02507X100A17
100 CHURCH STREET, FISCAL SECTION-ROOM 5-121
NEW YORK, NY 10007

**INVOICE NO.:** 11041411301
**INVOICE DATE:** 4/18/2011

SUMIT SUD, ESQ.

2010-040952-sf

**REPORTER:**
EPHRAIM JACOBSON

MAJORS, ALBERT IV VS CITY OF NEW YORK, ROBERT
PUMILLA, SHIELD NO. 10574, BRIAN ROPER, SHIELD NO.
27358 AND JOHN AND JANE DOES 1-10
INDEX NO: CV-10-4730(BMC)          FILE NO.: 2010-040952

TAX ID #: 11-366-5545

**APPROVED**
By Sumit Sud at 10:16 am, Apr 20, 2011

BILLER ID: NR

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 4/14/2011 | EBT OF A NON-PTY WITNESS | |
| | VALERIE ZIMMERMAN 99PP | |
| | (88PP+11W.I.=99PGS) | |
| | ORIGINAL & 2 COPIES - YOUR CHARGE | 361.35 |
| | *****EXPEDITE FEE***** | 153.45 |
| | APPEARANCE (PM) YOUR CHARGE | 26.00 |
| | CONTROL #: PPP00677 | |

$3.65   $5.30.
$1.

VOUCHERED
DATE: 05 / 03 /

| | |
|---|---|
| SUB TOTAL | $540.80 |
| PAID | $0.00 |
| BALANCE DUE | $540.80 |

INV. AMT. PAID: $ 540.80

V# 11-J338

INV. #: 110 41411301

SVS. PERIOD 04 / 14 / 11 TO 04 / 14 / 11

AG. 025 : B/C 0201 : DET. OBJ. 6220

REF. DOC. CTI / 025 / 2011 1419637

RECEIVED FISCAL UNIT NYC LAW DEPT. 2011 APR 20 PM 4:34

RECEIVED FISCAL UNIT NYC LAW DEPT. 2011 APR 19 AM

NYC LAW DEPARTME 2011 APR 19 AM 8:23

** PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS **
WE ACCEPT AMERICAN EXPRESS, VISA AND MASTERCARD
PLEASE INCLUDE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU

**PLEASE RETURN THIS COPY WITH PAYMENT**

DIAMOND DEPOSITION CENTERS

New York Offices:
Manhattan, Brooklyn, Bronx,
Queens, Staten Island,
Mineola, White Plains
• • • • • • • • • •
New Jersey Offices:
Englewood Cliffs, Marlton

Make checks payable to: Diamond Reporting, Inc.

☑ Visa   ☑ MC   ☑ Amex   ☑ Check

Credit Card #: _____

Exp. Date: _____   Security Code: _____

Name on Card: _____

**VOUCHERED**

DATE: 5 / 24 / 11

INV. AMT. PAID: $ 1,071.00

2011000 577

SVS. PERIOD 1/31/11 TO 1/31/11

AG. 025   Bill To: Sumit Sud Esq   020 /DET. OBJ. _622 0_

REF. DOC. _____

NY 374705

JM-11

2010-040952

**Veritext New York Reporting Co.**
A Veritext Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Bill To: Sumit Sud Esq
 & Corporation Counsel
New York City Law Dept/Fiscal Section
100 Church St  Rm.5B3
New York, NY 10007

| | |
|---|---|
| Invoice #: | NY374705 |
| Invoice Date: | 02/07/2011 |
| Balance Due: | $1,071.00 |

| | |
|---|---|
| Case: | Majors, Albert IV v. City of New York |
| Job #: | 298651   |   Job Date: 1/31/2011   |   Delivery:   Expedited |
| Billing Atty: | Sumit Sud Esq |
| Location: | Harvis & Saleem, LLP |
| | 305 Broadway, 14th Floor | New York, NY 10007 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1. | Robert Pumilla | Certified Transcript | Page | 357.00 | $1.50 | $535.50 |
| 2 | | Fee For Expedited Service | Per page | 357.00 | $1.50 | $535.50 |
| 3 | | Shipping & handling | Package | 1.00 | $0.00 | $0.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,071.00 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $1,071.00 |

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 99 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

2011 MAY 24  AM 9: 15
RECEIVED
FISCAL UNIT
NYC LAW DEPT.

Make check payable to:  Veritext  New York Reporting Co.

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

Credit Card # _____    Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**APPROVED**
By Sumit Sud at 4:49 pm, May 23, 2011

| | |
|---|---|
| Invoice #: | NY374705 |
| Job #: | 298651 |
| Invoice Date: | 02/07/2011 |
| Balance : | $1,071.00 |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

For more information on charges related to our services please consult  www.veritext.com/serviceinfo



# Diamond Reporting, Inc.

16 Court Street • Suite 907 • Brooklyn, NY 11241
T: 718.624.7200 • F: 718.855.1772 • www.diamondreporting.com

*FY11*

NEW YORK CITY LAW DEPARTMENT
PIN # 02507X100A17
100 CHURCH STREET, FISCAL SECTION-ROOM 5-121
NEW YORK, NY 10007

**INVOICE NO.:** 11012703101
**INVOICE DATE:** 2/8/2011

**REPORTER:**
KIYOKO PANZELLA

*RECEIVED FISCAL UNIT NYC LAW DEPT. 2011 FEB 15 AM 9:*

MAJORS, ALBERT IV VS CITY OF NEW YORK, ROBERT
PUMILIA, SHIELD #: 10574, BRIAN RODER, SHIELD #: 27385,
JOHN AND JANE DOES 2 - 10
INDEX NO: 10CV4730    FILE NO: 2010-040952 *SF*

**TAX ID #:** 11-266-5545

**BILLER ID:** AM

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/27/2011 | EXAM. BEFORE TRIAL OF THE PLF., | *$3.65* |
| | ALBERT MAJORS IV  231PGS+24W.I. = 255PGS | |
| | ORIGINAL & 2 COPIES - YOUR CHARGE | 930.75 |
| | APPEARANCE (AM  & PM) YOUR CHARGE | 52.00 |
| | | |
| | CONTROL #: MMM09854 | |

I certify that the articles and services specified on this invoice have been received and verified as to the quality and quantity.

ENT TO:
RN
JE

WESTBURY, NY 11590
ATTORNEY: LEO DORFMAN, ESQ.

*RECEIVED FISCAL UNIT NYC LAW DEPT. 2011 MAY 26 PM 4:*

**APPROVED**
By Sumit Sud at 3:48 pm, Mar 31, 2011

| | |
|---|---|
| **SUB TOTAL** | $982.75 |
| **PAID** | $0.00 |
| **BALANCE DUE** | $982.75 |

## VOUCHERED

DATE: 05/27/11
        7S

INV. AMT. PAID: $ 982.

V# 11-5864

\*\* PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS
WE ACCEPT AMERICAN EXPRESS, VISA AND MASTERCARD
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU

INV.# 110 12703101

PLEASE RETURN THIS COPY WITH PAYMENT

SVS. PERIOD 01/27/11 TO 01/27/11

**DIAMOND DEPOSITION CENTERS**

Make checks payable to: Diamond Reporting, Inc.
☒ Visa   ☒ MC   ☒ Amex   ☒ Check

AG. 025 : B/C 0201

REF. DOC. CT1 025 2011141963

Credit Card #: _____
Exp. Date: _____   Security Code: _____
Name on Card: _____

6220

New York Offices: Manhattan, Brooklyn, Bronx
Queens, Staten Island,
Mineola, White Plains

New Jersey Offices:
Englewood Cliffs, Marlton



# Diamond Reporting, Inc.

16 Court Street • Suite 907 • Brooklyn, NY 11241
T: 718.624.7200 • F: 718.855.1772 • www.diamondreporting.com

NEW YORK CITY LAW DEPARTMENT
PIN # 02507X100A17
100 CHURCH STREET, FISCAL SECTION-ROOM 5-121
NEW YORK, NY 10007

SUMIT SUD, ESQ.

MAJORS, ALBERT IV VS CITY OF NEW YORK, ROBERT
PUMILIA, SHIELD #: 10574, BRIAN RODER, SHIELD #: 27385,
JOHN AND JANE DOES 2 - 10
INDEX NO: 10CV4730   FILE NO: 2010-040952

**INVOICE NO.:**  11060900201
**INVOICE DATE:** 6/10/2011

**REPORTER:**
KEN KRINSKY

**TAX ID #:**  11-266-5545

**BILLER ID:** BZ

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/9/2011 | APPEARANCE OF A COURT REPORTER IN THE ABOVE-ENTITLED MATTER | |
| | STATEMENT - YOUR CHARGE | 78.00 |
| | EMAILED TRANSCRIPTS | |
| | CONTROL #: RRR01196 | |

| | |
|---|---|
| SUB TOTAL | $78.00 |
| PAID | $0.00 |
| BALANCE DUE | $78.00 |

**APPROVED**
By Sumit Sud at 1:15 pm, Jun 16, 2011

VOUCHERED
DATE: 06/23/1

INV. AMT. PAID: $ 78.00

V# 11- 6394

INV. # 11060900201

SVS. PERIOD 06/09/11 TO 06/09/11

025 : B/C 0201 : DET. OBJ. 6220

AG   C11 / 025  2011141965

RECEIVED
FISCAL UNIT
NYC LAW DEPT.
2011 JUN 16  PM 4:40

2011 JUN 15  PM 12:
RECEIVED
NYC LAW DEPT.

NYC LAW DEPT.
11 JUN 15  AM 10:03

2011 JUN 27  PM
RECEIVED
FISCAL UNIT
NYC LAW DEPT.

** PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS **
WE ACCEPT AMERICAN EXPRESS, VISA AND MASTERCARD
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU

PLEASE RETURN THIS COPY WITH PAYMENT

**DIAMOND DEPOSITION CENTERS**

New York Offices:
Manhattan, Brooklyn, Bronx,
Queens, Staten Island,
Melville, Mineola, White Plains
••••••••••••
New Jersey Offices:
Englewood Cliffs, Marlton

Make checks payable to:  Diamond Reporting, Inc.

☒ Visa   ☒ MC   ☒ Amex   ☒ Check

Credit Card #: _____

Exp. Date: _____   Security Code: _____

Name on Card: _____

1

```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ---------------------------------------------X
     ALBERT MAJORS IV,
 3
                                 PLAINTIFF,
 4
 5        -against-      Case No.:
                         10CV4730
 6
 7   CITY OF NEW YORK, ROBERT PUMILIA, SHIELD
     #10574, BRIAN RODER SHIELD #27385, and
 8   JOHN and JANE DOES 2 through 10, individually
     and in their official capacities (the names
 9   John and Jane Doe being fictitious, as the
     true names are presently unknown),
10
                                 DEFENDANTS.
11   ---------------------------------------------X
12
13                      DATE: January 27, 2011
14                      TIME: 11:39 a.m.
15
16
17            EXAMINATION BEFORE TRIAL of
18   the Plaintiff, ALBERT MAJORS IV, taken by the
19   Defendants, pursuant to a Notice and to the
20   Federal Rules of Civil Procedure, held at the
21   offices of Harvis & Saleem, LLP, 305 Broadway,
22   14th Floor, New York, New York 10007, before
23   KIYOKO Y. PANZELLA, a Notary Public of the
24   State of New York.
25
```

A. MAJORS IV

1     Q.     Are you claiming that you lost any wages or

2  earnings as a result of your June 19 arrest?

3     A.     No --

4            Say that again?  Say that again?  Rephrase it.

5     Q.     You want me to rephrase it?

6     A.     Yes, please.

7     Q.     In this lawsuit, are you looking for New York

8  City to compensate you for any loss of earnings or wages

9  that you claim --

10     A.     After the June 19 arrest?

11     Q.     Yes.

12     A.     No.

13     Q.     So you're not claiming that you lost any sort of

14  wages or money from an employer as a result of that arrest?

15     A.     Yes.

16     Q.     Yes, you are not claiming that?

17     A.     Yes, I'm not claiming that.

18     Q.     What is the name of the last person you spoke to

19  at the Federation of Multi-Cultural Programs?

20     A.     The last person I spoke to?  I would say it was

21  my manager.  His name is Jerry Mar Foster.

22     Q.     Can you say that again?

23     A.     Jerry Mar.

24     Q.     Jerry is the first name?

25     A.     M-A-R is the middle name, Foster.

1

1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF NEW YORK
2
   - - - - - - - - - - - - - X
3                            :
   MAJORS,
4                                      10CV 4730
        Plaintiff,
5
           -against-            :
6                                  United States Courthouse
7                                  Brooklyn, New York
   CITY OF NEW YORK, et al,
8
        Defendants.            :
9                                  February 2, 2011
   - - - - - - - - - - - - - X   4:30 o'clock p.m.
10
                 TRANSCRIPT OF STATUS CONFERENCE
11           BEFORE THE HONORABLE BRIAN M. COGAN
                 UNITED STATES DISTRICT JUDGE
12
   APPEARANCES:
13
   For the Plaintiff:      HARVIS & SALEEM, LLP
14                         305 Broadway
                           New York, N. Y. 10007
15                         BY:  AFSAAN SALEEM, ESQ.

16 For the Defendant:      SOKOLOFF STERN, LLP
                           355 Post Avenue
17                         Westbury, N. Y. 11590
                           BY:  LEO DORFMAN, ESQ.
18

19
                           THE CITY OF NEW YORK
20                         LAW DEPARTMENT
                           100 Church Street
21                         New York, N. Y. 10007

22                         BY: SUMIT SUD
                           Assistant Corporation Counsel
23

24 Court Reporter:    Henry R. Shapiro
                      225 Cadman Plaza East
25                    Brooklyn, New York
                      718-613-2509

        HENRY SHAPIRO        OFFICIAL COURT REPORTER

31

1        MR. SALEEM:  Also just the fact we're here already

2   at this point--

3        THE COURT:  Don't get greedy.

4        Let's see if these people exist.  If they check the

5   memo books and it turns out your client made a mistake, I'm

6   not saying you are walking away scot free either.

7        MR. SALEEM:  Okay.

8        I'm confident there will be other officers

9   uncovered.

10        THE COURT:  Then you have nothing to worry about.

11        What else?

12        MR. SALEEM:  Initially, I didn't bring a claim for

13   lost wages, because we thought that our client, as you note

14   there was an arrest in April and we thought as a result of

15   that our client's job, he lost his job as a result of that,

16   and it turned out he was laid off pending the disposition of

17   that and he was about to actually resume his job, pending the

18   report that came back, unfortunately when this arrest occurred

19   it prevented him from going back to work.

20        He testified at his deposition he's not making claim

21   for lose wages --

22        THE COURT:  There is so much fee switching it will

23   neutralize it, everyone else is going for attorney fees, it

24   won't make any difference.

25        MR. SALEEM:  Mr. Dorfman conducted an extensive

HENRY SHAPIRO        OFFICIAL COURT REPORTER

1        MR. DORFMAN:  We don't have the transcript yet.

2        MR. SALEEM:  They ordered an expedited copy, which

3   they should be getting.

4        MR. SUD:  That was for Officer Pumilia.

5        MR. SALEEM:  My fault.

6        THE COURT:  Call your client and ask what the guy's

7   name is.  We're going to have that by the end of the week, his

8   deposition within two weeks after that.

9        What else?

10        MR. DORFMAN:  I think, your Honor that based on

11   plaintiff's own testimony we might have a motion for summary

12   judgment.

13        THE COURT:  Seriously.

14        MR. DORFMAN:  Yes, your Honor.  It seems to me

15   plaintiff had every opportunity to establish his legal -- his

16   lawful purpose in the building.  He testified that the

17   officers, these government officers, the new ones, he

18   testified that they asked him whether he lived in the

19   building, he said that he didn't.

20        They asked him what he was doing in the building and

21   he said he had friends in the building, but didn't say he was

22   visiting anyone and didn't identify the person who he claims

23   he was visiting, even though he was standing right next to the

24   person's door.

25        The officers think he had been part of the group

1

```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ------------------------------x
     MAJORS,
 3                   Plaintiff,

 4           versus                    10 CV 4730

 5   CITY OF NEW YORK, ET AL.,
                     Defendant.        United States Courthouse
 6                                     Brooklyn, New York
     ------------------------------x
 7
                                       April 22, 2011
 8                                     2:15 p.m.

 9               TRANSCRIPT OF ORAL ARGUMENT

10   Before:    HON. BRIAN M. COGAN,  District Judge

11                   APPEARANCES

12   Attorneys for Plaintiff:

13   HARVIS & SALEEM, LLP
     305 Broadway
14   New York, N.Y.  10007
     BY:  AFSAAN SALEEM, ESQ.
15        GABRIEL P. HARVIS, ESQ.

16   Attorneys for Defendant:

17   MICHAEL A. CARDOZO
     Corporation Counsel
18   for the City of New York
     100 Church Street
19   New York, N.Y.  10007
     BY:  SUMIT SUD, ESQ.
20        PHILIP R. DePAUL, ESQ.
          ELIZABETH KRASNOW, ESQ.
21
     Allan R. Sherman, CSR, RPR
22   225 Cadman Plaza East
     Brooklyn, New York  11201
23   Tel: (718) 613-2529  Fax: (718) 613-2630

24

25   Proceedings recorded by mechanical stenography, transcript
     produced by computer.
```

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

50

1          Zimmerman was designated by her employer to testify
2     on their behalf.
3          THE COURT:  A 30(b)(6) essentially?
4          MR. SALEEM:  Essentially.
5          She is not a party, but she was designated --
6     initially, as your Honor may recall, we initially thought
7     Mr. Swenson was the person and plaintiff, defendants
8     subpoenaed him.  He didn't show.  My investigation revealed
9     that -- I contacted them, the FMCP and Miss Zimmerman says
10    that she was a person who could testify with knowledge.  She
11    was part of those conversations as to Mr. Majors being hired.
12    She was designated by her employer to speak on their behalf.
13         THE COURT:  That doesn't cure the hearsay problem
14    but you are saying that you got late notice that Gonzalez was
15    the right person when you took Zimmerman's deposition.
16         MR. SALEEM:  Right, City was the one who took that
17    deposition.  They were the ones who raised the issue of
18    Miss Gonzalez and if they don't believe Miss Zimmerman to be
19    the right person, they said they would call Miss Gonzalez.
20         THE COURT:  I don't see a way that Miss Zimmerman
21    can testify to conclusions about whether the plaintiff would
22    have been rehired.  She does not appear to have personal
23    knowledge or anything like it.
24         She has hearsay knowledge which is inadmissible and
25    does not permit her to form a conclusion.

1              So if there is anyone who is going to testify to

2    this, it seems it's Gonzalez.

3              Now that I have put off the trial for a few weeks,

4    there is plenty of time to take her deposition.  So let's go

5    ahead and do that.

6              Anything else?

7              MR. SUD:  One final thing.

8              MR. DePAUL:  One final motion for defendants.

9              We are going to move to preclude the testimony of

10   plaintiff's friend Isaiah Stewart.  He has no knowledge of the

11   events that happened in the hallway as plaintiff was being

12   arrested.  The only possible testimony that he can provide is

13   that Mr. Majors was visiting him at the time of the arrest.

14             We believe that to be violative of 403 because it's

15   going to confuse the issues for the jury.  They are going to

16   decide there was no probable cause because plaintiff was in

17   fact, according to Mr. Stewart, visiting Mr. Stewart.  That is

18   not the question we need to ask.  The question is whether or

19   not the officers knew he was visiting Mr. Stewart at the time.

20             So any knowledge that he would have of the events in

21   the hallway would be hearsay with no exception.  So we'd ask

22   to exclude his testimony.

23             THE COURT:  That sounds right.

24             MR. SALEEM:  We are not offering him to elicit

25   hearsay, we are offering him to say that he entered the

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

ALBERT MAJORS IV,                    :    10-CV-4730(BMC)
                                     :
         Plaintiff,                  :
                                     :
      -against-                      :    United States Courthouse
                                     :    Brooklyn, New York
                                     :
                                     :
                                     :
                                     :
CITY OF NEW YORK, ET AL,             :    Thursday, June 16, 2011
                                     :    11:00 a.m.
         Defendant.

- - - - - - - - - - - - - - - X

TRANSCRIPT OF CIVIL CAUSE FOR ORDER TO SHOW CAUSE
BEFORE THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S :

For the Plaintiff:     HARVIS & SALEEM, LLP
                       Attorneys for the Plaintiff -
                       Albert Majors IV
                            305 Broadway
                            14th Floor
                            New York, New York 10007
                       BY: AFSAAN SALEEM, ESQ.
                           GABRIEL HARVIS, ESQ.


For the Defendants:    NEW YORK CITY LAW DEPARTMENT
                       OFFICE OF THE CORPORATION COUNSEL
                       Attorneys for the Defendants -
                       City of New York, et al
                            100 Church Street
                            Room 3-209
                            New York, New York 10007
                       BY: SUMIT SUD, ESQ.
                           PHILLIP R. DEPAUL, ESQ.
                           CAROLYN DEPOIAN, ESQ.

1   Albany.

2          THE COURT:  I need to see or hear again the

3   testimony of Ms. Zimmerman on why they made him go to

4   Albany.  Find that and hand it to my clerk and let me look

5   at it.

6          (A brief pause in the proceedings was held.)

7          THE COURT:  Well, I appreciate everyone.

8          MR. SALEEM:  Your Honor, we have Page 31 to 33.

9          THE COURT:  I want to think about it more.  I

10  might hold a hearing out of the jury's hearing with

11  Ms. Zimmerman or when she's here on Monday.

12          MR. SALEEM:  I need to subpoena her now, to send

13  her a trial subpoena.

14          THE COURT:  Send her a subpoena and have her come.

15  Submit the transcript to my clerk and I will read it over

16  and think about it and I'll probably issue a ruling today on

17  whether you need her.

18          Also, you were supposed to be, before the

19  last scheduled trial date, get me jury instructions by now.

20  I didn't expressly carry the date forward but they would

21  have been by that time and you didn't submit them.  Can I

22  please have those Monday morning.

23          MR. SALEEM:  Yes, your Honor.

24          MR. SUD:  Yes, your Honor.

25          THE COURT:  Okay.  Anything else we need to cover?

```
 1    UNITED STATES DISTRICT COURT

 2    EASTERN DISTRICT OF NEW YORK
      ------------------------------------------x
 3    ALBERT MAJORS, IV,
                    PLAINTIFF
 4
             versus                            10 CV 4730(BMC)
 5
      CITY OF NEW YORK, ET AL,
 6
                         DEFENDANTS.           U.S. Courthouse
 7                                             Brooklyn, New York
      ------------------------------------------x
 8                                             June 20, 2011

 9

10

11              TRANSCRIPT OF CIVIL CAUSE FOR JURY TRIAL

12              Before THE HONORABLE BRIAN M. COGAN,

13                  UNITED STATES DISTRICT JUDGE

14                            APPEARANCES

15    Representing the Plaintiff:    HARVIS & SALEEM, LLP
                                     305 Broadway, 14th Floor
16                                   New York, New York 10007
                                     BY:  AFSAAN SALEEM, ESQ.
17                                        GABRIEL P. HARVIS, ESQ.

18    Representing the Defendant:    MICHAEL A. CARDOZO
                                     CORPORATION COUNSEL OF
19                                   THE CITY OF NEW YORK
                                     100 Church Street, Room 3-221
20                                   New York, New York 10007
                                     BY: SUMIT SUD, ESQ.
21                                       PHILIP R. DePAUL, ESQ.
                                         CAROLYN DEPOIAN, ESQ.
22    REPORTED BY:
      Lisa Schmid, CCR, RMR
23    225 Cadman Plaza East
      Brooklyn, New York 11201
24    Phone:  718-613-2644 Fax:  718-613-2379
      Proceedings recorded by mechanical stenography.  Transcript
25    produced by computer-aided transcription.
```

LISA SCHMID, CCR, RMR

1          You're going to go first, so you're going to decide
2     what you want to what you want to ask.
3          MR. SALEEM:  Your Honor, in that case, Your Honor,
4     we're going withdraw the lost wages claim.
5          THE COURT:  So you're letting Ms. Zimmerman go home?
6          MR. SALEEM:  Yes.  And then we're going to make sure
7     there will be no -- because we're withdrawing that, there is
8     going to be no testimony or mention of the April arrest.
9          THE COURT:  That seems right.
10          MR. SALEEM:  In opening statements or --
11          MR. SUD:  Your Honor, we would agree with that.  We
12     would just note for the Court the absolute time that has been
13     wasted over the course of this litigation --
14          THE COURT:  Yes.
15          MR. SUD:  -- by this claim.
16          THE COURT:  If you prevail and costs are awarded,
17     perhaps they'll be extra costs because of the amount of time
18     spent over that issue.
19          MR. SUD:  That you, Your Honor.
20          THE COURT:  Mr. Saleem, you could have figured out
21     where this was going earlier than that.
22          MR. SALEEM:  No, I don't think we could, Your Honor.
23          THE COURT:  All right.  That's for later, anyway.
24          MR. SALEEM:  Can I tell Ms. Zimmerman that she's
25     free to go?

LISA SCHMID, CCR, RMR

```
 1   UNITED STATES DISTRICT COURT

 2   EASTERN DISTRICT OF NEW YORK
     ----------------------------------------x
 3   ALBERT MAJORS, IV,
               PLAINTIFF
 4
               versus                          10 CV 4730(BMC)
 5
     CITY OF NEW YORK, ET AL,  ·
 6
                         DEFENDANTS.           U.S. Courthouse
 7                                             Brooklyn, New York
     ----------------------------------------x
 8                                             June 22, 2011

 9

10

11            TRANSCRIPT OF CIVIL CAUSE FOR JURY TRIAL

12          Before THE HONORABLE BRIAN M. COGAN,

13             UNITED STATES DISTRICT JUDGE

14                         APPEARANCES

15   Representing the Plaintiff:    HARVIS & SALEEM, LLP
                                    305 Broadway, 14th Floor
16                                  New York, New York 10007
                                    BY:  AFSAAN SALEEM, ESQ.
17                                       GABRIEL P. HARVIS, ESQ.

18   Representing the Defendant:    MICHAEL A. CARDOZO
                                    CORPORATION COUNSEL OF
19                                  THE CITY OF NEW YORK
                                    100 Church Street, Room 3-221
20                                  New York, New York 10007
                                    BY: SUMIT SUD, ESQ.
21                                      PHILIP R. DePAUL, ESQ.
                                       CAROLYN DEPOIAN, ESQ.
22   REPORTED BY:
     Lisa Schmid, CCR, RMR
23   225 Cadman Plaza East
     Brooklyn, New York 11201
24   Phone:  718-613-2644 Fax:  718-613-2379
     Proceedings recorded by mechanical stenography.  Transcript
25   produced by computer-aided transcription.
```

LISA SCHMID, CCR, RMR

300

PROCEEDINGS

1          Ms. Bedoya, we have your note announcing that you've

2   reached a unanimous verdict.  Is that, in fact, correct, that

3   the jury has reached a unanimous verdict on which all have you

4   agree?

5          FOREPERSON:  Yes.

6          THE COURT:  Please hand the form to Ms. Clark.

7          FOREPERSON:  (Complies.)

8          THE COURT:  Jane.  (Confers with the law clerk.)

9          All right.  Ladies and gentlemen, listen carefully.

10  I'm about to read your verdict out loud.  The reason you have

11  to listen particularly carefully is because either side has

12  the right to poll you individually, that is, I would ask each

13  one of you individually if this represents your true and

14  accurate verdict.  So please listen as I read it.

15         As to the first question, was there probable cause

16  for plaintiff's arrest?  The jury checked yes, and therefore,

17  did not complete any of the other questions based on that.

18  The verdict form is signed by Ms. Bedoja as foreperson.

19         Any party want me to poll the jury?

20         MR. HARVIS:  No, Your Honor.

21         MR. SUD:  No, Your Honor.

22         THE COURT:  All right.  Would either side like to

23  interview the jury, if they are willing to do that after

24  trial?

25         MR. SUD:  Yes, Your Honor.

LISA SCHMID, CCR, RMR